## SMS Messages Sent To Clients on 12/15/23

| Date | Internal SMS ID | External Contact | Message |
|---|---|---|---|
| 12/15/2023, 2:35 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 19544761000 | We do a lot of fraud here at ERTC Express. |
| 12/15/2023, 2:35 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Jared Peters 13166506165 | we kept the money bro lol. |
| 12/15/2023, 2:40 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | James Ransom 14092105099 | We do a lot of fraud here at ERTC Express |
| 12/15/2023, 2:44 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Al Leavitt 12035371989 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:44 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Frank Poston 12563391209 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:45 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Barron White 18024169876 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:45 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | WESLEY BOULWARE 18022343984 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:46 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 14108345773 | Micha |
| 12/15/2023, 2:46 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Alexandra Senat 14045522807 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:46 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Bruce Herron 15708519453 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:46 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Glen Phillips 17272387169 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:46 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Rick Woods 15403974712 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:47 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Andrea Boks 14242856564 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:47 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Charles Setser 16072470870 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:47 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Jemila Winsey 17135511842 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:48 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Alvin Linn 13019913790 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:48 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Maria Escamilla 17705617171 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:48 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Patricia Shelton 18083156555 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:49 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 18138420363 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:49 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Charles Piola 16094429403 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:49 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Christopher Ward 16145784766 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:50 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Alex Perez 19032259313 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |



Exhibit B

| | | | |
|---|---|---|---|
| 12/15/2023, 2:50 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | PETER ST.PIERRE 18185994012 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:51 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Joellen Uphold 13043791108 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:51 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Joseph Komolafe 15164453196 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:51 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Randall Henshaw 16159699591 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:53 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Kasha Magnificent Rogers 12675622677 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:53 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | samuel steger 19106191643 | We do a lot of fraud here at ERTC Express. Call 678-699-5403 for more infomation. |
| 12/15/2023, 2:54 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 18138427366 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 2:54 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Francisco Cruz 18134466048 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 2:55 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Brandon Marcum 17276374197 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 2:55 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | david sears 19193562410 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 2:56 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Bunphalla Lek 15072027807 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 2:57 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Tommie Williams 16152909711 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 2:58 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Julie Wade 17064731685 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 2:58 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Latanya Armstrong 17699905936 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 2:59 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Matt Siegel 17604496102 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:00 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Jaqueline Mireles 18135313386 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:01 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Walt Wade 18283189643 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:02 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | James Mullarkey 16097907755 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:03 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Dave Austin 17027547715 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:04 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Ryan Climer 14803708977 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:07 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | David Szkotak Szkotak 15306156341 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:07 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Rafael Maldonado 16095173871 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:11 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Daniel Gause 18036731247 | 18036731247 |
| 12/15/2023, 3:12 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Terry Davis 17602449351 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, | Derrick Williams (ERTC Express - Derrick) | 13183552686 | We do a lot of fraud here at ERTC Express. Call |

| | | | |
|---|---|---|---|
| 3:14 PM | 17275654962 | | 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:14 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 16842721139 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:14 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 16842726503 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:14 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Shirley Berard 19787984868 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 for more infomation. |
| 12/15/2023, 3:15 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Johnny Collazo Jr 17138167264 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:16 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Deborah Brewer 19727953607 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:20 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 17705681928 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:20 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 18455217445 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:20 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | 18457134604 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:21 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Retha Tinney 12567085874 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:25 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Brian Miller 18632862122 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |
| 12/15/2023, 3:25 PM | Derrick Williams (ERTC Express - Derrick) 17275654962 | Pradeep Kataria 13098395585 | We do a lot of fraud here at ERTC Express. Call 813-564-6288 or 678-699-5403 for more infomation. |